IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

        Plaintiff,                  No. 2:12-cv-2284 KJM AC P

    vs.

JEFF REISIG, et al.,

        Defendants.         <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On February 20, 2013 and February 26, 2013, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-eight days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2013 and February 26, 2013, are adopted in full;

2. Plaintiff's request for a temporary restraining order, contained in his complaint, is denied; and

3. Plaintiff's motion for a temporary restraining order (ECF No. 17) is denied.

DATED: July 23, 2013.

_____
UNITED STATES DISTRICT JUDGE