UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,      | No.  2:12-cv-2284 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF REISIG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983.  Judgment was entered in this action on September 10, 2013.  On September 25, 2013, plaintiff filed a notice of appeal and, on September 27, 2013, the Ninth Circuit referred this case "to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith."  See Referral Notice (ECF No. 36) (citing 28 U.S.C. § 1915(a)(3); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002)).

/////

/////

/////

/////

/////

1

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court — before or after the notice of appeal is filed— certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding. . . .

FED. R. APP. P. 24(a)(3).

After review of the record of this case, the court finds that plaintiff's appeal is frivolous. Plaintiff's original complaint was dismissed with leave to amend for failing to state a cognizable claim. ECF No. 14. The first amended complaint was dismissed without further leave to amend because plaintiff failed altogether therein to cure the defects of the original complaint. ECF Nos. 30, 32.

Accordingly, IT IS ORDERED that:

1. Plaintiff's in forma pauperis status is revoked for purposes of appeal, pursuant to the reference, because this court finds the appeal to be frivolous; and

2. The Clerk of the Court is directed to serve this order upon the Ninth Circuit Court of Appeals.

DATED: October 11, 2013.

_____
UNITED STATES DISTRICT JUDGE